IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LATRINDA WILLIAMS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:15-CV-01555-ELR |
| | * | |
| CITY OF ROSWELL; WILLIAM | * | |
| GILES, individually; PAUL REID, | * | |
| individually; and STUDIO MOVIE | * | |
| GRILL HOLDINGS, LLC, | * | |
| | * | |
| Defendants. | * | |
| | * | |

_____

**O R D E R**
_____

On January 28, 2016, this Court addressed Defendant Studio Movie Grill Holdings, LLC's ("Studio Movie Grill") motion to dismiss. With that Order, the Court agreed with Studio Movie Grill's assertion that Plaintiff failed to state a claim upon which relief could be granted. Even so, the Court afforded Plaintiff an opportunity to amend her complaint to cure the deficiencies. The deadline to file the amended complaint has passed. Accordingly, the Court **DISMISSES** Plaintiff's

claim against Studio Movie Grill and **DIRECTS** the Clerk to **TERMINATE** Studio Movie Grill as a party to this action.[1]

**SO ORDERED**, this 23rd day of February, 2016.

*Eleanor L. Ross*
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

---

[1] On February 19, 2016, Plaintiff filed a notice of voluntary dismissal as to Studio Movie Grill. (Doc. No. 43.) However, the rule cited by Plaintiff, FED. R. CIV. P. 41(a)(1)(A)(i), only applies where an opposing party has not served an answer or motion for summary judgment. Because a number of defendants have filed answers in this action, Rule 41(a)(1)(A)(i) is inapplicable. In any event, because the Court finds that Plaintiff's failure to file an amended complaint disposes of her claims against Studio Movie Grill, the Court need not address the notice of voluntary dismissal any further.